1  QUIN DENVIR, Bar #49374
   Federal Defender
2  Melody M. Walcott, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561

Attorney for Defendant
BRIAN SIMS

FILED
2005 JUN 14 P 12:08
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
    DEPUTY

LODGED
JUN 1 0 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>        Plaintiff,              )<br>                                )<br>    v.                          )<br>                                )<br> BRIAN SIMS,                    )<br>                                )<br>        Defendant.              )<br>_____ ) | NO. 1:05-cr-0003 AWI<br><br>SEALING ORDER<br><br><br>Judge: Hon. Anthony W. Ishii |

The Court hereby orders that defendant Sims' "Defendant's Sentencing Memorandum", with attached report of Howard B. Terrell, M.D., dated May 26, 2005, being filed in the above captioned case, shall be sealed until further order of the Court.

IT IS SO ORDERED.

DATED: __6-13-05__

                                    _____
                                    The Hon. ANTHONY W. ISHII
                                    United States District Judge for the
                                    Eastern District of California

## PROOF OF SERVICE

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.

BRIAN SIMS,

    *Defendant.*

No. 1:05-cr-0003 AWI

The undersigned hereby certifies that she is an employee in the Office of the Federal Defender for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

On June 10, 2005, she caused to be served a true copy of the following document:

### SEALING ORDER

by personally leaving a copy of said document addressed to the following named person at the address stated with the person in charge

Jonathan B. Conklin
Assistant U.S. Attorney
Federal Building, Room 3654
1130 "O" Street
Fresno, CA 93721

Scott J. Waters
U.S. Probation Officer
Federal Building
1130 "O" Street
Fresno, CA 93721

DATED: June 10, 2005

Aggie Betancourt