1  QUIN DENVIR, Bar #49374
   Federal Defender
2  Melody M. Walcott, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  BRIAN SIMS

FILED

2005 JUL -8  A 11: 04

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO

BY_____
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-cr-0003AWI |
| Plaintiff, | STIPULATION TO CONTINUE REPORTING DATE FOR INCARCERATION; AND PROPOSED ORDER THEREON |
| v. | |
| BRIAN SIMS, | |
| Defendant. | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the July 11, 2005 date for defendant Brian Sims to report to the designated facility or U.S. Marshals office in Fresno, California, for incarceration, pursuant to the Judgment entered by this Court on June 20, 2005, may be continued to **September 12, 2005 at 2pm.**. The reason for the continuance is to allow Mr Sims to remain out of custody for the anticipated surgery for colon cancer of his mother, Peggy Sims. Mr. Sims will report to the designated facility or to the U.S. Marshals office in Fresno, California by 2:00 p.m. on September 12, 2005.

///

///

///

///

///

///

All conditions of release remain in full force and effect.

DATED: July 7, 2005                                    McGREGOR M. SCOTT
                                                       United States Attorney


                                                       /s/ Jonathan B. Conklin
                                                       JONATHAN B. CONKLIN
                                                       Assistant U.S. Attorney
                                                       Attorney for Plaintiff


DATED: July 7, 2005                                    QUIN DENVIR
                                                       Federal Defender


                                                       /s/ Melody M. Walcott
                                                       MELODY M. WALCOTT
                                                       Assistant Federal Defender
                                                       Attorney for Defendant


**ORDER**

**IT IS SO ORDERED.**

DATED: 7-8-05

                                                       The Hon. ANTHONY W. ISHII
                                                       U.S. District Court Judge for the
                                                       Eastern District of California

Stipulation to Continue Reporting Date for Incarceration     2