IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> BRIAN SCOTT SIMS, ) <br> ) <br> Defendant. ) <br>_____) | CR-F-05-00003 AWI <br><br> ORDER EXONERATING BOND |

On January 5, 2005, a Passport(Receipt 300150394) was posted for defendant Brian Scott Sims (Receipt 100 200868). The defendant was sentenced on June 23, 2005, before the undersigned. The passport is hereby ordered exonerated and shall be returned.

IT IS SO ORDERED.

**Dated:   March 8, 2006**              **/s/ Anthony W. Ishii**
0m8i78                           UNITED STATES DISTRICT JUDGE

9/26/96 exonbnd.frm

1